JOSHUA S. GOODMAN, ESQ. (SBN 116576)
TOM PROUNTZOS, ESQ. (SBN 209409)
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone:   (415) 705-0400
Facsimile:   (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (San Francisco Division)

| | |
|---|---|
| MARISA BATTILANA,<br><br>    Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.<br>and DOES 1 to 100,<br><br>    Defendants. | Case No. C09-02599-EMC<br><br>**NOTICE OF SETTLEMENT** ;<br><br>ORDER RESETTING STATUS CONFERENCE FROM 12/8/09 TO 1/27/10 AT 2:30 P.M. |

Please take notice that the above-referenced matter has settled.

DATED:  November 19, 2009                    JENKINS GOODMAN NEUMAN & HAMILTON LLP


                                             By: _____
                                                 JOSHUA S. GOODMAN
                                                 Attorneys for Defendants

IT IS SO ORDERED that the status conference set for 12/8/09 at 2:30 p.m. is reset to 1/27/10 at 2:30 p.m.  An updated joint status conference statement shall be filed by 1/20/10.  This new hearing date will be vacated once a stipulation for dismissal is e-filed.

_____
EDWARD M. CHEN
U.S. Magistrate Judge

*IT IS SO ORDERED AS MODIFIED* — Judge Edward M. Chen

-1-