JOSHUA S. GOODMAN, ESQ. (SBN 116576)
TOM PROUNTZOS, ESQ. (SBN 209409)
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (San Francisco Division)

| MARISA BATTILANA, | Case No. C09-02599-EMC |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| vs. | ORDER |
| HOME DEPOT U.S.A., INC. and DOES 1 to 100, | |
| Defendants. | |

Pursuant to FED.R.CIV.PRO. 41(a)(1)(A)(ii) it is hereby stipulated and agreed that Plaintiff MARISA BATTILANA hereby voluntarily dismisses the above-captioned case with prejudice, in entirety, each party to bear their own costs.

DATED: November 18, 2009        LAW OFFICES OF MATTHEW N. WHITE

By: _____
MATTHEW N. WHITE
Attorneys for Plaintiff, MARISA BATTILANA

DATED: November 18, 2009        JENKINS GOODMAN NEUMAN & HAMILTON LLP

By: _____
JOSHUA S. GOODMAN
Attorneys for Defendant HOME DEPOT U.S.A., INC.

**ORDERED: THE CASE IS DISMISSED. ALL FUTURE DATES ARE VACATED.**

DATED: December 11, 2009        By: _____
UNITED STATES JUDGE

*IT IS SO ORDERED* — Judge Edward M. Chen

-1-
STIPULATION FOR DISMISSAL